■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD McFADDEN, Appellant. [696 NYS2d 826] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 3, 1999 (*People v McFadden,* 261 AD2d 417), modifying a judgment of the County Court, Rockland County, rendered September 7, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Thompson, Goldstein and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO MELENDEZ, Appellant. [696 NYS2d 218] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered April 10, 1997, convicting him of conspiracy in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention on appeal, the defense counsel effectively waived the defendant's right to a public trial by consenting to the closure of the courtroom during the testimony of two undercover police officers (*see, People v Miller,* 257 NY 54; *People v Sevencan,* 258 AD2d 485; *People v Daughtry,* 242 AD2d 731; *People v Espejo,* 237 AD2d 458).

The defendant's remaining contentions are without merit. S. Miller, J. P., Sullivan, Altman and McGinity, JJ., concur.